# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenoir Smith, | No. CV 1-07-1547-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Schwarzenegger, et al., | |
| Defendants. | |

The Court has received Plaintiff's Motion to Hold All Proceedings in This Matter in Abeyance. In light of the order of dismissal entered on December 16, 2010;

IT IS ORDERED denying as moot Plaintiff's Motion to Hold All Proceedings in This Matter in Abeyance (doc. 38).

DATED this 27th day of December, 2010.

_____
Susan R. Bolton
United States District Judge