IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Michael Lenoir Smith, | ) | 1:07-cv-1547 SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arnold Schwarzeneggar, et al. | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Motion and Request Ordering CDCR Prison Officials to Provide Plaintiff's Legal Files and Materials. No response in opposition was filed.

IT IS ORDERED granting Plaintiff's Plaintiff's Motion and Request Ordering CDCR Prison Officials to Provide Plaintiff's Legal Files and Materials. (Doc. 74)

IT IS FURTHER ORDERED directing Defendants to restore Plaintiff's legal materials and supplies forthwith.

DATED this 15th day of February, 2013.

_____
Susan R. Bolton
United States District Judge