# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | | |
|---|---|---|
| Michael Lenoir Smith, | ) | No. CV 1-07-1547-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arnold Schwarzenegger, et al., | ) | |
| Defendants. | ) | |

The Court has considered Plaintiff's Motion and Request for Order Holding Sgt. A. Perez and CDCR Prison Officials in Contempt of Court for Refusing to Comply With Court's Order (doc. 78) and Defendants' Response, Plaintiff's Motion and Request to Waive Service of Plaintiff's Reply to Defendants' Response to Plaintiff's Legal Files and Materials Kimbrell declaration and Request for Injunctive Relief (doc. 81), and Defendants' Motion for Leave to File Supplement to Declaration (doc. 82.)

IT IS ORDERED denying as the above motions as moot. (Docs. 78, 81 and 82).

/ / /

/ / /

/ / /

/ / /

1  Defendants' Supplement Declaration filed February 25, 2013 advises the Court that all legal
2  materials have been returned to Plaintiff.

    DATED this 2nd day of May, 2013.

*[signature]*
Susan R. Bolton
United States District Judge