**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Michael Lenoir Smith, | ) | No. CV 1-07-1547-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arnold Schwarzenegger, et al., | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Motion and Request for Waiver of Service Upon Defendant.

IT IS ORDERED denying Plaintiff's Motion and Request for Waiver of Service Upon Defendant. Defendant Martinez's Motion for Reconsideration has already been denied without awaiting Plaintiff's response. (Doc. 96)

DATED this 15th day of August, 2013.

Susan R. Bolton
United States District Judge