**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Michael Lenoir Smith, | ) | No. CV 1-07-1547-SRB |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Arnold Schwarzenegger, et al., | ) | |
| Defendants. | ) | |

The Court has reviewed Plaintiff's Request [for] Waiver for Service Upon Defendants (Doc. 100). Plaintiff states that he is unable to obtain duplicating services and legal paper from prison officials and that his mother assists him with duplicating papers but that she is on vacation. Plaintiff states that he has asked his brother to provide him with paper. However, Plaintiff also states that he can rewrite copies of his pleadings for service on Defendants. Plaintiff has not stated good cause for waiving service on Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** denying Plaintiff's Request [for] Waiver for Service Upon Defendants (Doc. 100).

DATED this 25th day of September, 2013.

_____
Susan R. Bolton
United States District Judge