1

2

3                                    **NOT FOR PUBLICATION**

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8                                    FRESNO DIVISION

9

10   Michael Lenoir Smith,                      )   No. CV 1-07-1547-SRB
                                                )
11          Plaintiff,                          )   **ORDER**
                                                )
12   v.                                         )
                                                )
13                                              )
     Arnold Schwarzenegger, et al.,             )
14                                              )
            Defendants.                         )
15                                              )
     _____   )
16

17

18          The Court has reviewed Plaintiff's Request [for] Waiver for Service Upon Defendants

19   (Doc. 100). Plaintiff states that he is unable to obtain duplicating services and legal paper

20   from prison officials and that his mother assists him with duplicating papers but that she is

21   on vacation. Plaintiff states that he has asked his brother to provide him with paper.

22   However, Plaintiff also states that he can rewrite copies of his pleadings for service on

23   Defendants. Plaintiff has not stated good cause for waiving service on Defendants.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

2      **IT IS ORDERED** denying Plaintiff's Request [for] Waiver for Service Upon

3   Defendants (Doc. 100).

4

5      DATED this 25th day of September, 2013.

6

7

8   _____

9                Susan R. Bolton
            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28