**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith, | ) No. CV 1-07-1547-SRB |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Arnold Schwarzenegger, et al., | ) |
| Defendants. | ) |

The Court has received Plaintiff's Motion for Ruling on Plaintiff's Motion for T.R.O and Preliminary Injunction Due to Inminent (sic) Danger to Plaintiff's Life.

IT IS ORDERED denying as moot Plaintiff's Motion for Ruling on Plaintiff's Motion for T.R.O and Preliminary Injunction Due to Inminent (sic) Danger to Plaintiff's Life. (Doc. 107) The Court issued its Order on Plaintiff's Declaration in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction on September 12, 2013 (Doc. 105).

DATED this 1st day of October, 2013.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge