IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>                Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>                Defendants. | No. CV 1-07-1547-PHX-SRB<br><br>**ORDER** |

      After review of the docket the Court notes that on September 25, 2013 Plaintiff filed a Notice of Appeal of this Court's September 12, 2013 Order. On October 2, 2013 there is a notation on the docket that mail was returned (docs. 108 & 109) as Undeliverable, Out to Court, More than 7 Days, Unable to Locate.  On October 15, 2013 there are two notations on the docket that mail was returned (docs. 106 & 112) again as Undeliverable, Out to Court, More than 7 Days, Unable to Locate.  On February 28, 2014 the Court of Appeals affirmed this Court's September 12, 2013 Order.  There have been no filings since the February 28, 2014 filing of the Court of Appeals Order.

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS ORDERED that counsel for Defendants advise the Court of the status of this
2  case and Plaintiff's current address in the California Department of Corrections within 10
3  days of the date of this Order.
4
5  Dated this 26th day of March, 2014.
6
7
8
9  Susan R. Bolton
10  United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28