# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith, | No. CV 1-07-1547-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Arnold Schwarzenegger, et al., | |
| Defendants. | |

On March 26, 2014 this Court issued its Order directing counsel for Defendant to advise the Court of the status of this case and Plaintiff's current address. On April 1, 2014 Defendants filed their response to the Court's March 26, 2014 Order advising the Court that Plaintiff is currently housed in the Sacramento County Jail and had been "out to court" since September 24, 2013. The Court notes that all documents and orders filed since September 25, 2013 have been returned as "Undeliverable, Out to court more than 7 business days, Unable to Locate."

IT IS ORDERED that the Clerk of Court add Plaintiff's current address to the docket as reflected in docket entry number 117, Defendants' Response to March 27, 2014 Order.

IT IS FURTHER ORDERED that Plaintiff show cause in writing within 7 days of the date of this Order why this case should not be dismissed for his failure to file a change of address as warned in this Court's Orders of February 9, 2009 (Doc. 20),

October 25, 2010 (Doc. 35), November 29, 2012 (Doc. 65) and January 7, 2013 (Doc. 70).

IT IS FURTHER ORDERED that this case will be dismissed without further notice if Plaintiff fails to show cause in writing within 7 days of the days of this Order.

Dated this 10th day of April, 2014.

_____
Susan R. Bolton
United States District Judge