1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
| | |
Michael Lenoir Smith,                          Case No. 1:07-cv-1547 SRB (PC)

                                    Plaintiff,   ORDER

                    v.

Arnold Schwarzenegger, et al.,

                                    Defendants.

18          The Court having considered Defendants' Ex Parte Application for an Extension of

19   Time to Respond to Plaintiff's Requests for Production of Documents up to and including

20   October 23, 2014, and good cause appearing therefor,

21          IT IS ORDERED granting Defendants' Ex Parte Application for an Extension of

22   Time to Respond to Plaintiff's Requests for Production of Documents. (Doc. 122)

23          Dated this 15th day of September, 2014.

24

25

26   _____

27                                   Susan R. Bolton
                                United States District Judge
28