IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenoir Smith, <br> Plaintiff, <br> v. <br> Arnold Schwarzenegger, et al., <br> Defendants. | Case No. 1:07-cv-1547 SRB (PC) <br> ORDER |

The Court having considered Defendants' Ex Parte Application for an Extension of Time to Respond to Plaintiff's Requests for Admissions up to and including October 23, 2014, and good cause appearing therefor,

IT IS ORDERED granting Defendants' Ex Parte Application for an Extension of Time to Respond to Plaintiff's Requests for Admissions up to and including October 23, 2014.  (Doc. 124)

Dated this 17th day of September, 2014.

_____
Susan R. Bolton
United States District Judge

.

1