NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>        Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>        Defendants. | No. 07-cv-1547 SRB (PC)<br><br>**ORDER** |

In the January 7, 2015 Order, the Court denied Plaintiff's motion to refer the case to the Eastern District of California's Voluntary Dispute Resolution Program ("VDRP") because there was nothing in the record to suggest that Defendants were willing to participate in the VDRP. (Doc. 135.) In the Order, the Court instructed Defendants "to file a status update explaining why they would object to referral into the VDRP or, if they are willing to consent to VDRP referral, to file an appropriate stipulation." (*Id.*) Defendants have since filed a status update informing the Court that they agree and stipulate to participate in the VDRP. (Doc. 136.) Because both sides have agreed to participate in the VDRP, the Court will refer the case to the VDRP.

**IT IS ORDERED** referring this case to the Voluntary Dispute Resolution Program pursuant to E.D. Cal. L.R. 271.

/ / /

/ / /

*/ / /*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     **IT IS FURTHER ORDERED** instructing Defendants to file a status update about what is happening in the VDRP no later than March 13, 2015, the current dispositive motion deadline.

     Dated this 16th day of January, 2015.

                                        *Susan R. Bolton*
                                        Susan R. Bolton
                                        United States District Judge