IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>　　　　　　Defendants. | No. 07-cv-1547 SRB (PC)<br><br>**ORDER** |

　　　　On January 16, 2015, an order was issued referring this case to the Voluntary Dispute Resolution Program ("VDRP") (Doc. 137). E.D. Cal. L.R. 271 specifically exempts prisoner cases from the VDRP. This case is therefore referred instead to the prisoner settlement program for a settlement conference before a magistrate judge. This case will be referred to Magistrate Judge Allison Claire to conduct a settlement conference at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26 on May 28, 2015 at 9:00 a.m.

　　　　A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

　　　　IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Allison Claire on May 28, 2015 at 9:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person.[1]

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Parties are directed to submit confidential settlement statements no later than April 30, 2015 to acorders@caed.uscourts.gov. Plaintiff shall mail his confidential settlement statement to Sujean Park, ADR Division, 501 I Street, Suite 4-200, Sacramento, California 95814 so it arrives no later than April 30, 2015. Parties are also directed to file a Notice of Submission of Confidential Settlement Statement (See L.R. 270(d)). Settlement statements **should not be filed** with the Clerk of the court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

   a. A brief statement of the facts of the case.

   b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

   c. A summary of the proceedings to date.

---

[1] The term "full authority to settle" means that the individuals attending the mediation conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648, 653 (7th Cir. 1989), *cited with approval in Official Airline Guides, Inc. v. Goss*, 6 F.3d 1385, 1396 (9th Cir. 1993).

      d.     An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

      e.     The relief sought.

      f.     The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

      g.     A brief statement of each party's expectations and goals for the settlement conference.

Dated this 29th day of January, 2015.

_____
Susan R. Bolton
United States District Judge