# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenoir Smith,　　　　　　　　　　　Plaintiff, | No. 07-cv-1547 SRB (PC) |
| v. | |
| Arnold Schwarzenegger, et al.,　　　　　　　Defendants.　　　　　　　　　　／ | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Michael Lenoir Smith, an inmate of the Sacramento County Sheriff's Department, X-1180615, a necessary and material witness in a settlement conference in this case on May 28, 2015, is confined in the Sacramento County Main Jail, 651 I Street, Sacramento, California 95814, in the custody of the Sheriff of Sacramento County.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Thursday, May 28, 2015 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of Sacramento County, 711 G Street, Sacramento, California 95814:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated this 29th day of January, 2015.

_____
Susan R. Bolton
United States District Judge