# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>        Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>        Defendants. | No. CV 1-07-1547-PHX-SRB<br><br>**ORDER** |

    The Court has considered Defendants' Request for Continuance of Settlement Conference.

    IT IS ORDERED denying Defendants' Request for Continuance of Settlement Conference.

    IT IS FURTHER ORDERED affirming the settlement conference set on May 28, 2015 before Magistrate Judge Allison Claire.

    Dated this 12th day of May, 2015.

                                                                                                       */s/ Susan R. Bolton*
                                                                                                Susan R. Bolton
                                                                            United States District Judge