# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>                Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>                Defendants. | No. CV 1-07-1547-PHX-SRB<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Continuance. Without opposition;

IT IS ORDERED granting Plaintiff's Motion for Continuance. (Doc. 153) Plaintiff may have until June 26, 2015 to file his Response to Defendants' Motion for Summary Judgment.

IT IS FURTHER ORDERED that no further extensions will be granted.

Dated this 9th day of June, 2015.

Susan R. Bolton
United States District Judge