IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenoir Smith, <br><br> Plaintiff, <br><br> v. <br><br> Arnold Schwarzenegger, et al., <br><br> Defendants. | Case No. 1:07-cv-1547 SRB (PC) <br><br> **ORDER** |

The Court has considered Defendants' Second Ex Parte Application for Extension of Time to File Opposition to Plaintiff's Motion for Summary Judgment.

IT IS ORDERED granting Defendants' Second Ex Parte Application for Extension of Time to File Opposition to Plaintiff's Motion for Summary Judgment.  (Doc. 159) Defendants may have until June 26, 2015 to file their Opposition to Plaintiff's Motion for Summary Judgment.

IT IS FURTHER ORDERED that no further extensions will be granted.

Dated this 9th day of June, 2015.

_____
Susan R. Bolton
United States District Judge