IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>                Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>                Defendants. | No. CV 1-07-1547-PHX-SRB<br><br>**ORDER** |

      The Court has reviewed Plaintiff's Third Motion for Court Order Access to the Court's Prison Library and Court Order for Continuance to Respond to Defendants' Motion for Summary Judgment (Doc. 163) and Plaintiff's Second Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (Doc. 165). No response has been filed to either motion. After reviewing the docket and Plaintiff's letter dated July 5, 2015 (Doc. 167) it appears that Plaintiff did not received this Court's Order dated June 9, 2015 (Doc. 160) extending his time to respond to Defendants' Motion for Summary Judgment until June 26, 2015 until after the response deadline had past.

      IT IS ORDERED granting Plaintiff's Third Motion for Court Order Access to the Court's Prison Library and Court Order for Continuance to Respond to Defendants' Motion for Summary Judgment and Plaintiff's Second Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment.  (Docs. 163 and 165)

1
2    IT IS FURTHER ORDERED that Plaintiff may have until August 20, 2015 to file
3 his Response to Defendants' Motion for Summary Judgment.
4    IT IS FURTHER ORDERED that no further extensions will be granted.
5
6    Dated this 21st day of July, 2015.
7
8
9
10                                           _____
                                              Susan R. Bolton
11                                            United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28