IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenoir Smith, <br><br> Plaintiff, <br><br> v. <br><br> Arnold Schwarzenegger, et al., <br><br> Defendants. | Case No. 1:07-cv-1547 SRB (PC) <br><br> **ORDER** |

On October 15, 2015 the Court received directly from Plaintiff 1) Plaintiff's Opposition and Response to Defendants' Motion for Summary Judgment, 2) Declaration of Michael Lenoir Smith Nunc Pro Tunc, and 3) a document addressed to the Court via the Ninth Circuit dated June 14, 2015. On October 19, 2015 this Court emailed copies of the documents to be docketed on the Eastern District of California's docket.

IT IS ORDERED that Defendants' Reply to their Motion for Summary Judgment shall be filed no later than November 6, 2015.

Dated this 20th day of October, 2015.

_____
Susan R. Bolton
United States District Judge