NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michael Lenoir Smith,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Arnold Schwarzenegger, et al.,<br><br>　　　　　　Defendants. | No. 07-cv-1547 SRB (PC)<br><br>**ORDER** |

The Court has received Plaintiff's Motion for Injunction for Medical Care. Final Judgment was entered on March 3, 2016. Plaintiff filed a Notice of Appeal on March 28, 2016 divesting this Court of jurisdiction over Plaintiff's case. This Court has no jurisdiction to consider Plaintiff's motion.

Dated this 4th day of April, 2016.

_____
Susan R. Bolton
United States District Judge